

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 7, 2021

> The extension is granted. The conference currently scheduled for September 10 is hereby adjourned until January 7, 2022, at 10 am.
>
> So ordered,
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein
> 9/8/21

VIA ECF
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    *Wei v. Mayorkas, et al.*, No. 21 Civ. 6002 (AKH)

Dear Judge Hellerstein:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Refugee/Asylee Relative Petition (Form I-730) and Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of three months to respond to the complaint (*i.e.*, from September 20 to December 20, 2021). I also respectfully request that the initial conference presently scheduled for September 10 be adjourned to December 21, 2021 or thereafter.

    The extension and adjournment are respectfully requested because USCIS has approved the Form I-485 and is in the process of scheduling an interview in China regarding the Form I-730. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. The plaintiff consents to these requests.

    I thank the Court for its consideration of this letter.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

              By:   *s/ Michael J. Byars*
                    MICHAEL J. BYARS
                    Assistant United States Attorney
                  Telephone: (212) 637-2793
                  Facsimile: (212) 637-2786
                  E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)